## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MAXUS ENERGY CORPORATION, *et al.*, | ) | |
| | ) | Case No. 16-11501 (CSS) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF | ) | Adv. Proc. No. 18-50489 (CSS) |
| HOLDINGS, INC., CLH HOLDINGS, INC., | ) | |
| REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., | ) | |
| REPSOL USA HOLDINGS CORP., REPSOL | ) | |
| E&P USA, INC., REPSOL OFFSHORE E&P | ) | |
| USA, INC., REPSOL E&P T&T LIMITED, and | ) | |
| REPSOL SERVICES CO., | ) | |
| | ) | |
| Defendants. | ) | |

## REPSOL DEFENDANTS' MOTION FOR WITHDRAWAL OF THE REFERENCE

Pursuant to 28 U.S.C. §157(d), Rule 5011(a) of the Federal Rules of Bankruptcy

Procedure (the "Federal Rules"), and Rule 5011-1 of the Local Rules (the "Local Rules") of the

United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"),

Defendants Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P

USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services

Company (collectively, "Repsol") respectfully move the United States District Court for the

District of Delaware (the "District Court") to withdraw the reference regarding the claims

asserted by the Maxus Liquidating Trust ("MLT") against Repsol in its complaint ("Complaint")

(A.D.I. 1), the grounds for which are set forth in the memorandum of law filed concurrently herewith (the "Memorandum of Law").

WHEREFORE, Repsol respectfully requests that the District Court enter an order substantially in the form attached hereto as **Exhibit A**: (i) granting the relief requested in this Motion; and (ii) granting such other and further relief as may be just and proper.

Dated:   June 7, 2019
         Wilmington, Delaware

*/s/ Daniel B. Butz*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*- and -*

WEIL, GOTSHAL & MANGES LLP
Robert Lemons
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Edward Soto
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159

*Attorneys for Defendants Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Company*

# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MAXUS ENERGY CORPORATION, *et al.*, | ) | |
| | ) | Case No. 16-11501 (CSS) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF | ) | Adv. Proc. No. 18-50489 (CSS) |
| HOLDINGS, INC., CLH HOLDINGS, INC., | ) | |
| REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., | ) | |
| REPSOL USA HOLDINGS CORP., REPSOL | ) | **Re: D.I. ____** |
| E&P USA, INC., REPSOL OFFSHORE E&P | ) | |
| USA, INC., REPSOL E&P T&T LIMITED, and | ) | |
| REPSOL SERVICES CO., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING REPSOL DEFENDANTS' MOTION
## FOR WITHDRAWAL OF THE REFERENCE

Upon the motion (the "Motion")[1] of Defendants Repsol, S.A., Repsol Exploración, S.A.,

Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol

E&P T&T Limited, and Repsol Services Company (collectively, "Repsol") for entry of an order

(this "Order") to withdraw the reference regarding the claims asserted by the MLT against

Repsol in the Complaint; and the Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; and appropriate notice of and opportunity for a hearing on the Motion having

---

[1] Capitalized terms not defined herein are defined in the Motion or the Memorandum of Law.

been given; and the Court having reviewed the Motion and its supporting Memorandum of Law; and the Court having determined that the legal and factual bases set forth in the Motion and its supporting Memorandum of Law establish just cause for the relief granted herein; and all objections to the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED that:

1.      The Motion is GRANTED.

2.      The Court shall withdraw the reference as to each of the Counts (Counts I through XXIII) against Defendants Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Company set forth in the Complaint.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.


Dated: _____, 2019
          Wilmington, Delaware          _____
                                        RICHARD G. ANDREWS
                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing *Repsol Defendants' Motion for Withdrawal of the Reference* was caused to be made on June 7, 2019, in the manner indicated upon the parties identified below:


Date:  June 7, 2019

                                             /s/Daniel B. Butz
                                             Daniel B. Butz (No. 4227)


**HAND DELIVERY**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE  19801

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

J. Christopher Shore
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

James F. Conlan
Jessica C. Knowles Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Martin B. Jackson
John J. Kuster
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

12857148