# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

*If transmitting an Adversary matter, complete the following section:*

**Adversary Case # :**  18-50489

**Related Bankruptcy Case #:**  16-11501

**District Court Civil Action #:**  Judge Andrews has related cases (see proposed order).

**Deputy Clerk Transferring Case:**  Donna Capell

**Nature of Suit:**  Recovery of money/property

**Cause of Transmittal:**  Motion for Withdraw of Reference

**Parties:**  Maxus Liquidating Trust v. YPF S.A. et al.

**Name of Plaintiff's Counsel:**

Brian Farnan, Michael Farnan - Farnan LLP

**Name of Defendant's Counsel:**

YPF Defendants:  James Green, Jr., Matthew B. McGuire - Landis Rath
Repsol Defendants: Daniel B. Butz, Curtis S. Miller, Gregory Werkheiser - MNAT

---

*If transmitting a Bankruptcy matter, complete the following section:*

**Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Cause of Transmittal:**

**Parties:**

**Name of Debtor's Counsel:**

**Name of Movant's Counsel (if represented):**